

# Fourth Court of Appeals
## San Antonio, Texas

November 20, 2014

No. 04-14-00762-CR

Jason Robert **VANWINKLE**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CR-14-0000041
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

The trial court imposed sentence on September 25, 2014. Because appellant did not timely file a motion for new trial, the notice of appeal was due to be filed on October 27, 2014. TEX. R. APP. P. 26.2(a)(1). Appellant did not file his notice of appeal until October 29, 2014. However, that same day, appellant also timely filed in the trial court a motion for extension of time to file the notice of appeal. *See* TEX. R. APP. P. 26.3. We GRANT appellant's motion for extension of time to file the notice of appeal and retain this appeal on the docket of this court.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of November, 2014.

_____
Keith E. Hottle
Clerk of Court